# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00472-CV

**In re Dell, Inc. and Quest Software, Inc.**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relators have filed a petition for writ of mandamus and motion for temporary stay. *See* Tex. R. App. P. 52.1, 52.10. We grant the motion and temporarily stay all proceedings in the underlying case, pending further order of this Court. The Court orders the real party in interest, Parsons Services Company, to file a response to the petition for writ of mandamus on or before July 24, 2017.

It is so ordered July 14, 2017.

Before Chief Justice Rose, Justices Puryear and Bourland